IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| THOMAS LAGENE FRANKLIN ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction in sentence. (Doc. No. 34).

The defendant claims that 2003 amendments require alteration of the sentence the Court imposed in 2006. (Doc. No. 34: Motion at 1). The amendments were already in place when the defendant was sentenced; thus, they do not provide a basis to revisit his sentencing under 18 U.S.C. § 3582(c)(2). Additionally, the defendant received a statutory mandatory minimum sentence under 18 U.S.C. § 924(e) which would not be affected by even a subsequently amended guideline. Neal v. United States, 516 U.S. 284, 296 (1996) (retroactive amendment to guidelines does not alter statutory mandatory minimum).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: October 24, 2008

Robert J. Conrad, Jr.
Chief United States District Judge